FILED: May 21, 2015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 15-161
(3:12-cv-00596-MOC-DSC)

_____

FLOWERS FOODS, INC.; FLOWERS BAKING COMPANY OF JAMESTOWN, LLC

  Petitioners

v.

SCOTT REHBERG; MARIO RONCHETTI; WILLARD ALLEN RILEY

  Respondents

_____

O R D E R

_____

Upon review of submissions relative to the petition for permission to appeal, the court denies the petition.

Entered at the direction of Judge Niemeyer with the concurrence of Chief Judge Traxler and Judge Agee.

            For the Court

            <u>/s/ Patricia S. Connor, Clerk</u>